Deceased, Appellant, v. The Delaware and Hudson Company, Respondent.— Judgment and order unanimously affirmed, with costs, on the ground that the charge of the trial court as to warning signals by whistle and bell did not contain reversible error under the pleadings, proofs and circumstances of this case, and on the authority of *Smith* v. *Lehigh Valley R. R. Co.* (77 App. Div. 43) and *Cepenobwiz* v. *New York Central & H. R. R. R. Co.* (147 id. 188, 193). Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

Lee G. Laidlaw, Respondent, v. Hartford Accident and Indemnity Company (a Corporation), Appellant.*— Judgment modified by deducting items aggregating $75.50 from $1,118.55 allowed, and as so modified affirmed, without costs. Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ., concur.

Burdella C. B. Stupplebeen and Another, Respondents, v. Doughten Seed Company, Appellant.— Judgment and order reversed on the law, with costs, and complaint dismissed, with costs, on the ground that the plaintiffs failed to show that they had performed their contract. Van Kirk, P. J., Hinman and Whitmyer, JJ., concur; Hill, J., votes for affirmance; Hasbrouck, J., votes for reversal and a new trial on the ground that the letters in dispute leave a doubt as to their meaning which doubt should be resolved from all the facts and circumstances in the case by the jury. (*Matter of Glielmi* v. *Netherland Dairy Co.*, 254 N. Y. 60.)

Leonard Mead, an Infant, by Charles Mead, His Guardian ad Litem, Respondent, v. Samuel B. Easton, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Application of Village of Asharoken and Others, Petitioners, for a Certiorari Order against Edward J. Flynn and Others, Composing the Board of Commissioners of the Land Office, Respondents, and Metropolitan Sand and Gravel Company, Intervening Respondent.— Order of certiorari dismissed, and grant confirmed. No costs. Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ., concur. Title of the proceedings modified in accordance with section 1283 of Civil Practice Act. (See *Matter of Multiplex Garages, Inc.*, v. *Walsh*, 213 App. Div. 155, 158.)

Harold E. Denmark, Respondent, v. Birney M. Sheetz and Another, Appellants.— Judgment and order reversed on the facts, and new trial granted, with costs to the appellants to abide the event, unless the plaintiff stipulates to reduce the verdict to $2,500, in which event the judgment is so modified and as modified judgment and order are affirmed, with costs. Van Kirk, P. J., Hinman and Whitmyer, JJ., concur; Hill, J., dissents and votes for affirmance; Hasbrouck, J., dissents and votes for reversal and a new trial on the ground that there is no evidence that the plaintiff suffered any injury to his sacro iliac joint.

Harold B. Pasho, an Infant, by Honore B. Pasho, His Guardian ad Litem, Respondent, v. Clarence Abbuhl and Samuel Abbuhl, Appellants, and Another, Defendant.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

Minnie Weiss, Respondent, v. Nathan Geiger and Another, Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

Minnie Weiss, Respondent, v. Nathan Geiger and Another, Appellants.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

* Mod., 254 N. Y. 391.